UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-20413-PCH

FCA US LLC,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.
_____/

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Kunshan Noble Co., Ltd. | 12 |
| KomBo | 39 |
| Aftermarket Car Parts Store | 57 |
| Bytdsws | 104 |
| Funny customization | 123 |

Dated this 20th day of March 2025.

                                                Respectfully submitted,

/s/ David Wokoun
David Wokoun (100824)
dwokoun@gbc.law
GREER, BURNS & CRAIN, LTD.
200 West Madison St., Suite 2100
Chicago, Illinois 60606
Tel:  312.360.0080
Fax: 312.360.9315

-and-

/s/ David B. Rosemberg
David B. Rosemberg, P.A. (0582239)
david@rosemberglaw.com
ROSEMBERG LAW
20200 W. Dixie Hwy., Ste. 602
Aventura, Florida 33180
Tel:  305.602.2008
Fax: 305.602.0225

*Counsel for Plaintiff FCA US LLC*